# EXHIBIT A

## RON RAINONE

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Interscope Records | Eminem | Drug Ballad | The Marshall Mathers LP | 287-944 |
| UMG Recordings, Inc. | DMX | Don't You Ever | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | DMX | Stop Being Greedy | It's Dark And Hell Is Hot | 252-613 |
| UMG Recordings, Inc. | Method Man & Redman | How High | Blackout! | 271-723 |
| Arista Records LLC | Outkast | Rosa Parks | Aquemini | 264-092 |
| UMG Recordings, Inc. | Shaggy | Dance & Shout | Hot Shot | 286-657 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | No Me Ames (Ballad Version) duet w/Marc Anthony | On The 6 | 267-571 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |