JFP:pac 6360/3 \pleading\63603Answer.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WARNER BROS. RECORDS INC., a Delaware corporation; ET AL :

VS. : C. A. NO. 07-020ML

RON RAINONE :

**ANSWER OF DEFENDANT, RON RAINONE**

1. Admitted.

2-3. The allegations contained herein are statements of law and no answer is required. To the extent that an answer is required, the allegations are neither admitted nor denied.

**PARTIES**

4-9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in these paragraphs.

10. Admitted.

**COUNT I**

**INFRINGEMENT OF COPYRIGHTS**

11. Defendant incorporates by reference his previous answers.

12-13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in these paragraphs.

14. Denied.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph.

16. Denied.

17. Denied.

18. Denied.

## AFFIRMATIVE DEFENSES

1. Any alleged infringement of copyrights as set forth in the plaintiffs' complaint was caused by individuals other than the defendant.

2. Plaintiffs' cause of action is barred by the statute of limitations.

WHEREFORE, defendant demands judgment against the plaintiffs for his costs.

**Defendant, Ron Rainone, demands a trial by jury.**

DEFENDANT, Ron Rainone
By his Attorney,

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on 2/12/07 to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

/s/ Joseph F. Penza, Jr.