**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Civil No. CA 07 020ML |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| Ron Rainone, | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

Plaintiffs, Warner Bros. Records Inc, *et al.*, respectfully inform the Court that the parties have reached a settlement in principle. Plaintiffs respectfully request an additional forty-five (45) days to finalize the settlement agreement and submit all appropriate paperwork to the Court.

Respectfully Submitted,

/s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of May, 2007, a true and correct copy of the foregoing **Notice of Settlement** was served by U.S. mail, postage prepaid, as follows:

Joseph F. Penza, Jr.
Olen & Penza, LLP
530 Greenwich Ave.
Warwick, RI 02886

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.