**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership, and UMG RECORDINGS, INC., a Delaware corporation, ARISTA RECORDS, LLC, a Delaware Limited Liability Company; and SONY BMG ENTERTAINMENT, a Delaware general partnership<br><br>Plaintiffs,<br><br>v.<br><br>RON RAINONE<br>Defendant. | Civil No. 1:07-020ML |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs Warner Bros. Records, Inc. *et al.*, and Defendant Ron Rainone, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

/s/Joseph Penza, Esq.
Joseph Penza, Jr. Esq. (R.I. Bar #0607)
Olen & Penza LLP
530 Greenwich Ave
Warwick, RI 02886
Telephone: (401)737-3700
Facsimile: (401)737-5499

Attorneys for Defendant